PROB 12B
(7/93)

Report Date: February 12, 2009

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 12 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Clarence W. Hurt                Case Number: 2:07CR00148-002

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 7, 2009        Type of Supervision:   Supervised Release

Original Offense: Bank Fraud, 18 U.S.C. § 1344    Date Supervision Commenced: February 14, 2009

Original Sentence: Prison - 92 Days; TSR - 60     Date Supervision Expires:      February 13, 2014
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

21   You shall reside in a residential reentry center for a period of 30 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

On February 11, 2009, this officer met with the offender at the Spokane County Jail in the presence of his attorney, Federal Defender of Eastern Washington Roger J. Peven. The offender subsequently agreed to reside at the residential reentry center (RCC), through the Bureau of Prisons (BOP), for 30 days. Mr. Hurt understands that this time frame will allow the probation office enough time to investigate a viable release plan for the offender.

The U.S. Probation Office is also requesting a status review hearing be held prior to the offender's release from Geiger. This officer will be requesting that the BOP place the offender at Geiger Corrections Center on February 17, 2009, when he reports to the probation office (this officer will transport Mr. Hurt to the RRC). Mr. Hurt's supervised release will commence on February 14, 2009, when he is scheduled to be released from the Spokane County Jail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   2-12-09

Brenda J. Kuest
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

2/12/09
Date